# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00302-CV

**Noris Rivera, Appellant**

**v.**

**William Gerland, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 22CCV00039, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on September 6, 2022. On October 28, 2022, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 7, 2022, would result in the dismissal of this appeal for want of prosecution. Appellant has now filed a motion for extension of time, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than **January 4, 2023**. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on November 30, 2022.

Before Chief Justice Byrne, Justices Triana and Smith